THE MONROE BREWING COMPANY, Respondent, *v.* JOHN F. BARTELS, Appellant.

*Monroe Brewing Co.* v. *Bartels,* 173 App. Div. 917, affirmed.
(Submitted May 23, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 24, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The complaint contained two causes of action, (1) to recover a balance alleged to be due upon a promissory note; (2) to recover an alleged overpayment of salary. The first cause of action was admitted by the answer. The second cause of action was denied. As a counterclaim, and affirmative cause of action, the defendant alleged his employment as president of the plaintiff for a period of one year from May 15, 1909, at a salary of $4,200; that he was wrongfully discharged on February 11, 1910, and he asked for the amount of his salary from March 1, 1910, to May 15, 1910, less $157.24 earned by him in other employment and less the amount conceded to be due on the promissory note. At the opening of the trial the plaintiff withdrew its second cause of action, and the first cause of action being admitted the trial proceeded upon defendant's counterclaim.

*Edgar N. Wilson* for appellant.
*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not sitting: ANDREWS, J.